**FILED**

DANIEL G. BOGDEN
United States Attorney
BRADLEY GILES
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

Jan 28  11 58 AM '11

U.S. M......  .... JUDGE
BY _____

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>CHATTEL KNOWN AS )<br>COMPAQ NOTEBOOK )<br>LAPTOP COMPUTER )<br>BLACK IN COLOR )<br>SERIAL #: 2CE014106M )<br>_____ ) | 2:10-mj-947-LRL |

### GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, Return and the Court's Order for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

DATED this 26th day of January, 2011.

                              Respectfully submitted,

                              DANIEL G. BOGDEN
                              United States Attorney

                              BRADLEY GILES
                              Assistant United States Attorney

FILED
JAN 28  11 58 AM '11
U.S. MAGISTRATE JUDGE
BY _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>CHATTEL KNOWN AS )<br>COMPAQ NOTEBOOK )<br>LAPTOP COMPUTER )<br>BLACK IN COLOR )<br>SERIAL #: 2CE014106M )<br>_____) | 2:10-mj-947-LRL |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this 28th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

3